```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
United States of America                  :
                          Plaintiff(s),   :
                                          :      12 Cr. 666 (KBF)
              -v-                         :
                                          :          ORDER
                                          :
 Dian Yu Jiang                            :
                          Defendant(s).   :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 4, 2012

KATHERINE B. FORREST, District Judge:

Pursuant to a status conference held with the Court on 10/4/2012, it is hereby ORDERED that:

- By 10/11/2012, the Government is to produce all discovery to counsel for defendant except for audio recordings relating thereto.

- By 11/5/2012, any audio recordings and transcriptions of recordings are to be produced to counsel for the defendant.

- Trial in this action shall commence on 2/19/2013 at 9:00 a.m.

- The next conference is scheduled for 11/30/2012 at 1:30 p.m.

- Upon application made by the government and in the interests of justice, Speedy Trial calculations are excluded between 10/4/2012 and 11/30/2012.

SO ORDERED:

Dated:     New York, New York
           October 5, 2012

                                      _____
                                      KATHERINE B. FORREST
                                      United States District Judge